motion for leave to appeal from the order of the Appellate Term (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

In the Matter of DAVID TORRANCE, Respondent-Appellant, v JOSEPH A. STOUT et al., Appellants-Respondents.

Submitted July 30, 2007; decided October 23, 2007

Reported below, 38 AD3d 910.

Motion for leave to appeal granted. Cross motion for leave to appeal dismissed as untimely.

In the Matter of RICHARD A. ZALK (Admitted as RICHARD ALAN ZALK), an Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted October 15, 2007; decided October 23, 2007

Reported below, 45 AD3d 42.

Motion by the Association of the Bar of the City of New York for leave to file a memorandum amicus curiae on the motion for leave to appeal herein granted and the memorandum is accepted as filed.

In the Matter of RICHARD A. ZALK (Admitted as RICHARD ALAN ZALK), an Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted October 1, 2007; decided October 23, 2007

Reported below, 45 AD3d 42.

Motion for leave to appeal granted. Motion for a stay granted.